JAMES A. DiBOISE, State Bar No. 083296
TRACY TOSH LANE, State Bar No. 184666
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Attorneys for Defendants
DENNIS HAGOBIAN, VICTORIA HAGOBIAN, DENNIS VARTAN, JUDITH YERAMIAN, THE VARTAN TRUST, THE LEE YERAMIAN FAMILY TRUST, THE LEE YERAMIAN EXEMPT QTIP TRUST, THE JUDITH MARY YERAMIAN FAMILY TRUST, THE VICTORIA HAGOBIAN RESIDENCE TRUST, THE DENNIS HAGOBIAN RESIDENCE TRUST, ROD CHRISTENSEN, and YOSEMITE TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOE FLORES, an individual; and CONNIE FLORES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>EMERICH & FIIKE, a professional corporation, et al.,<br><br>Defendants. | CASE NO.: CIV F-05-0291 REC-DLB<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR ORDER EXTENDING TIME FOR DEFENDANTS DENNIS HAGOBIAN, VICTORIA HAGOBIAN, THE DENNIS HAGOBIAN RESIDENCE TRUST, THE VICTORIA HAGOBIAN RESIDENCE TRUST, JUDITH YERAMIAN, THE LEE YERAMIAN EXEMPT QTIP TRUST, THE JUDITH MARY YERAMIAN FAMILY TRUST, ROD CHRISTENSEN AND YOSEMITE TECHNOLOGIES TO RESPOND TO COMPLAINT** |

1  IT IS HEREBY ORDERED THAT the ex parte application of Defendants DENNIS
2  HAGOBIAN, VICTORIA HAGOBIAN, THE DENNIS HAGOBIAN RESIDENCE TRUST,
3  THE VICTORIA HAGOBIAN RESIDENCE TRUST, JUDITH YERAMIAN, THE LEE
4  YERAMIAN EXEMPT QTIP TRUST, THE JUDITH MARY YERAMIAN FAMILY TRUST,
5  ROD CHRISTENSEN AND YOSEMITE TECHNOLOGIES in the above-entitled matter, for an
6  order extending their time to respond to the Complaint for thirty (30) days, from May 4, 2005
7  until June 3, 2005 IS GRANTED.
8
9
10  Dated:  April _27, 2005          /s/ Dennis L. Beck
                                      Hon. Dennis L. Beck
11                                    Judge of the United States District Court,
                                      Eastern District of California
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28