1  MARK E. CRONE, State Bar No. 179765
   THE CRONE LAW GROUP, LLP
2  201 Mission Street
   Suite 1930
3  San Francisco, CA 94105
   Telephone:  (415) 495-8900
4  Facsimile:  (415)  495-8901

5  Attorneys for Defendants
   RUSSELL DAVIDSON, W. D. FARMING, LLC
6

7
                    UNITED STATES DISTRICT COURT
8
                  EASTERN DISTRICT OF CALIFORNIA
9
                         FRESNO DIVISION
10

11 JOE FLORES, an individual; and CONNIE     )   CASE NO.: 1: 05 CV 0291 REC-DLB
   FLORES, an individual,                    )
                                             )   **ORDER GRANTING <u>EX PARTE</u>**
12                                           )   **APPLICATION FOR ORDER**
              Plaintiffs,                     )   **EXTENDING TIME FOR**
13                                           )   **DEFENDANTS TO RESPOND TO**
         v.                                  )   **COMPLAINT**
                                             )
14 EMERICH & FIIKE, a professional corporation, )
   et al.,                                   )
15                                           )
              Defendants.                     )
16                                           )
                                             )
17                                           )
                                             )
18 _____ )

19
          IT IS HEREBY ORDERED THAT the <u>ex parte</u> application of Defendants RUSSELL
20
   DAVIDSON and W. D. FARMING, LLC in the above-entitled matter, for an order extending
21
   their time to respond to the Complaint for thirty (30) days, from May 12, 2005 until June 12,
22
   2005 IS GRANTED.
23

24

25
   Dated:  May 6, 2005                        /s/ Dennis L. Beck
26                                            Hon. Dennis L. Beck
                                              U.S. Magistrate Judge
27

28

                                    -1-