UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
JOE FLORES, etc., et al.,       )
                                )   1:05-cv-291 REC DLB
                                )
              Plaintiff,        )   NEW CASE NUMBER:
                                )
     v.                         )   1:05-cv-291 OWW DLB
                                )
EMERICH & FIKE, ETC., et al.,   )
                                )
                                )   ORDER REASSIGNING CASE
              Defendant.        )
                                )
_____)
```

It appearing that this action is related to case 1:04-cv-6405 OWW DLB, <u>Flores v. Hagobian</u>, it is ordered that this matter is reassigned from the docket of United States District Judge Robert E. Coyle to the docket of United States District Judge Oliver W. Wanger.

The hearing on the motion to dismiss currently set for June 6, 2005 at 1:30 p.m. is re-set for June 6, 2005 at <u>10:00 a.m.</u> before Judge Wanger in Courtroom Two.

The scheduling conference currently set for May 31, 2005 before Magistrate Judge Beck is vacated.

To prevent a delay in documents being received by the correct judicial officer, the new case number should now be used on all documents.

**1:04-cv-291 OWW DLB**

1

```
DATED: May 16, 2005                          /s/ OLIVER W. WANGER

                                          _____
                                                 OLIVER W. WANGER
                                          UNITED STATES DISTRICT JUDGE
```