ROBERT K. HILLISON (SBN 036874)
RUSSELL G. VANROZEBOOM (SBN 063072)
CASWELL BELL & HILLISON LLP
5200 North Palm Avenue, Suite 211
Fresno, California 93704-2225
Telephone: (559) 225-6550
Facsimile: (559) 225-7912

Attorneys for defendant Sandy L. Vartan

FILED
2005 JUN -6  P 12: 41
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
         DEPUTY

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

*****

JOE FLORES, an individual; and CONNIE FLORES, an individual,

    Plaintiffs,

vs.

EMERICH & FIKE, a professional corporation, et al.

    Defendants.

Case No. 1:05-CV-00291-REC-DLB

**EX PARTE APPLICATION FOR ORDER STAYING PROCEEDINGS AS TO DEFENDANT SANDY L. VARTAN AND ORDER STAYING PROCEEDINGS**

On May 26, 2005, this Court stayed proceedings in this action as to a number of Defendants because Plaintiffs' claims against them "concern property of or belonging to the bankruptcy estate." (See DOC. 72.)

At the time the stay order was entered, defendant Sandy L. Vartan was in the process of retaining counsel to represent her and she had not entered an appearance in this action.

The claims made by Plaintiffs against defendant Sandy L. Vartan appear to be the same as the claims made against the Defendants named in the Court's stay order. (DOC. 72.) Accordingly, it seems expeditious and appropriate for the Court to enlarge the stay order to include defendant Sandy L. Vartan and, through counsel, she requests an ex parte order staying the proceedings as to her.

////

1

Ex Parte Application for Order Staying Proceedings as to Defendant Sandy L. Vartan and Order Staying Proceedings    111906.WPD

1    An ex parte application is appropriate under the circumstances in that: (1) defendant
2 Sandy L. Vartan's time to respond to the 141-page complaint expires June 3, 2005, and her
3 legal counsel needs additional time to respond; (2) the claims made against her appear to be
4 the same as claims for which a stay was issued so it is logical proceedings against her should
5 be stayed as well; (3) Plaintiffs were requested via email to stipulate to a stay or,
6 alternatively, extend additional time to Sandy L. Vartan to respond to the 141-page complaint
7 but Plaintiffs have ignored the email request.
8    Wherefore, defendant Sandy L. Vartan requests an ex parte order staying the
9 proceedings as to her because such claims concern property of or belonging to the
10 bankruptcy estate.

12 DATED: June 3, 2005.                    Respectfully submitted,

13                                         CASWELL BELL & HILLISON LLP

15                                         By _____
                                           Russell G. VanRoøeboom, attorneys for
16                                         defendant Sandy L. Vartan

## ORDER STAYING PROCEEDINGS AS TO SANDY L. VARTAN

20    Based upon the ex parte application of defendant Sandy L. Vartan, the Court's prior
21 order staying proceedings (DOC. 72), and good cause appearing, *the time for any*
*response to the complaint is extended till further order of the court pending*
22 ~~The claims in this case against Sandy L. Vartan are STAYED because they concern~~
*the outcome of the motion to dismiss and OSC re application of*
23 ~~property of or belonging to the bankruptcy estate.~~
*the automatic stay as to the Emrich and Fike defendants.*

25 DATED: June __3__, 2005.                _____
26                                         Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE