Marshall C. Whitney, # 082952
Kurt C. Wendlenner, # 238434
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
EMERICH & FIKE, a professional corporation, DAVID R. EMERICH, an individual, DAVID A. FIKE, an individual, JEFFREY D. SIMONIAN, an individual, THOMAS A. PEDREIRA, an individual, and LAWRENCE E. WESTERLUND, an individual

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT

| | |
|---|---|
| JOE FLORES an individual, and CONNIE FLORES an individual,<br><br>Plaintiffs,<br><br>v.<br><br>EMERICH & FIKE, a professional corporation, a.k.a. EMERICH PEDREIRA & FIKE, a professional corporation, DAVID R. EMERICH an individual, DAVID A. FIKE an individual, JEFFREY D. SIMONIAN an individual, THOMAS A. PEDREIRA an individual, LAWRENCE E. WESTERLUND an individual, DENNIS HAGOBIAN an individual, is or was President, Chief Executive Officer, Chief Financial Officer and Chief Operating Officer of Yosemite Technologies, Inc., VICTORIA HAGOBIAN an individual, THE DENNIS HAGOBIAN RESIDENCE TRUST, a trust, THE VICTORIA HAGOBIAN RESIDENCE TRUST, a trust, DENNIS VARTAN an individual, SANDY L. VARTAN an individual, THE DENNIS VARTAN FAMILY TRUST a trust, JUDITH YERAMIAN an individual, THE LEE YERAMIAN EXEMPT QTIP TRUST a trust, THE JUDITH MARY YERAMIAN FAMILY TRUST a trust, W.D. FARMING LLC a limited liability corporation, RUSSELL DAVIDSON an | Case No.  CIV-F-05-0291 OWW DLB<br><br>**JUDGMENT** |

Judgment-F-05-0291 OWW DLB

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | individual WILLIAM DAVIDSON an individual, MICHAEL HEDBERG an individual, ROD CHRISTENSEN an individual, Co-Founder and Chief Technology Officer of Yosemite Technologies, Inc., YOSEMITE TECHNOLOGIES, INC. a corporation, and DOES 1 through 140, inclusive,<br><br>                    Defendants. |

On August 24, 2006, this Court issued an Order denying the Motion to Dismiss the Civil RICO claim of defendants EMERICH & FIKE,  DAVID R. EMERICH, DAVID A. FIKE, JEFFREY D. SIMONIAN,  THOMAS A. PEDREIRA, and LAWRENCE E. WESTERLUND (the "Fike Defendants") as Moot, since Plaintiffs had voluntarily dismissed that claim.  The Court by its Order granted the Fike Defendants' Motion to Strike all of the remaining state law claims under California's Anti-SLAPP statute, C.C.P. Section 425.16, and denied Plaintiffs, Motion to Amend or  Alter  the Court's prior ruling.

**IT IS, THEREFORE,   HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Judgment shall enter in favor of the Fike Defendant and  against Plaintiffs, who shall recover nothing by virtue of their complaint; and

2. Defendants shall recover their costs, including any attorneys fees that the court may order pursuant to appropriate order in the amount of  <u>BY FILING A MOTION IN ACCORDANCE WITH LAW.</u>

Dated:_October 10, 2006__                    _/s/ OLIVER W. WANGER_____
                                             The Honorable Oliver W. Wanger,
                                             United States District Court Judge

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST

2

Judgment -F-05-0291 OWW DLB

PDF created with pdfFactory trial version www.pdffactory.com