UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES, an individual; and CONNIE FLORES, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>EMERICH & FIKE, a professional corporation, et al.<br><br>　　　　　　　Defendants. | 1:05-CV-0291 OWW DLB<br><br>ORDER RE: REQUEST FOR RECONSIDERATION OF MINUTE ORDER VACATING HEARING ON DEFENDANTS' MOTION FOR ATTORNEY'S FEES AND<br><br>RE-SETTING HEARING ON ATTORNEY'S FEES MOTION |

　　　The district court granted Defendants' motion to dismiss and/or to strike all of Plaintiffs' claims pursuant to California's Anti-SLAPP statute, Cal. Code Civ. Pro. § 425.16. (Docs. 108, 134.) Plaintiffs filed a notice of appeal on October 10, 2006. A judgment of dismissal was entered on October 12, 2006.

　　　On October 13, 2006, Defendants moved for attorneys fees and costs pursuant to California's Anti-SLAPP statute, which makes attorneys fees and costs available to a "prevailing defendant on a special motion to strike." Cal. Code Civ. Pro. § 425.16(c). On November 13, 2006, the district court issued the following minute order, taking the motion for attorneys fees off calendar:

> MINUTE ORDER: TEXT ONLY ENTRY - As a Notice of Appeal has been filed, the court no longer has jurisdiction over this case and the hearing set for 11/20/2006 is vacated. (Lucas, G) (Entered: 11/13/2006)

**1**

1  (Doc. 150.)  On November 17, 2006, Defendants moved for
2  reconsideration of this minute order.
3       Defendants correctly argue that the district court does have
4  jurisdiction to proceed with Defendants' motion for attorneys
5  fees notwithstanding the pendency of Plaintiffs' appeal.
6  *Masalosalo v. Stonewall Ins. Co.*, 718 F.2d 955, 957 (9th Cir.
7  1983) (district court did not act beyond its jurisdiction by
8  hearing and deciding motion for attorneys fees after filing of
9  notice of appeal; this practice "prevent[s] postponement of fee
10 consideration until after the circuit court mandate, when the
11 relevant circumstances will no longer be fresh in the mind of the
12 district judge"**)**.  The issuance of the November 13, 2006 minute
13 order was an administrative error.  Defendants' motion for
14 reconsideration is **GRANTED**.  The motion for attorneys fees is
15 reinstated and will be heard on February 26, 2007, at 10:00 a.m.
16 in Courtroom 3.

20 IT IS SO ORDERED.
21 **Dated:   November 27, 2006**              /s/ Oliver W. Wanger
   b2e55c                           UNITED STATES DISTRICT JUDGE