```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


JOE FLORES, et al.,              )    1:05-cv-0291 OWW DLB
                                 )
          Plaintiffs,            )    ORDER ON PLAINTIFFS'
                                 )    APPLICATION TO PROCEED
     v.                          )    WITHOUT PREPAYMENT OF FEES
                                 )    AND AFFIDAVIT
EMERICH & FIKE, a professional   )
corporation, et al.,             )
                                 )
          Defendants.            )
                                 )
_____)
```

On April 12, 2007, Plaintiffs Joe Flores and Connie Flores each filed an Application to Proceed Without Prepayment of Fees and Affidavit.

Joe Flores' Application is complete and it appears that Joe Flores is without the assets or other resources to prepay fees or costs in this case pursuant to the provisions of 28 U.S.C. § 1915.

The Application of Connie Flores is complete with respect to all matters except the answer to item 3.f. Mr. Flores has answered this question and it is unknown whether Mrs. Flores will provide different information.

IT IS ORDERED that:

1

  1.   The Application to Proceed without Prepayment of Fee of Joe Flores is GRANTED;

  2.   The Application of Connie Flores to Proceed Without Prepayment of Fees is DEFERRED pending receipt of a complete answer to item 3.f. on her Application;

  3.   Any supplement to the Application of Connie Flores shall be filed within five days following date of service of this Order.

IT IS SO ORDERED.

Dated:   April 27, 2007                        /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE