1  RALPH J. SWANSON, CA STATE BAR NO. 67751
2  LAURA PALAZZOLO, CA STATE BAR NO. 210954
   BERLINER COHEN
   TEN ALMADEN BOULEVARD
3  ELEVENTH FLOOR
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  ralph.swanson@berliner.com
6  laura.palazzolo@berliner.com

7  ATTORNEYS FOR DEFENDANTS DENNIS HAGOBIAN,
   VICTORIA HAGOBIAN, THE DENNIS HAGOBIAN RESIDENTIAL
8  TRUST, THE VICTORIA HAGOBIAN RESIDENTIAL TRUST,
   AND YOSEMITE TECHNOLOGIES, INC., AND
9  SPECIALLY APPEARING FOR ROD CHRISTENSEN

10

                    UNITED STATES DISTRICT COURT
11
                    EASTERN DISTRICT OF CALIFORNIA
12
                         FRESNO DIVISION
13

14  JOE FLORES an individual, and CONNIE      CASE NO.  1:05-CV-0291 REC DLB
    FLORES an individual,
15                                            STIPULATION AND ORDER
           Plaintiffs,                        CONTINUING HEARING DATE ON
16                                            MOTIONS TO DISMISS

17  vs.

18  EMERICH & FIKE a professional corporation,
    a.k.a. EMERICH PEDREIRA & FIKE, a
19  professional corporation, DAVID R.
    EMERICH an individual, DAVID A. FIKE an
20  individual, JEFFREY D. SIMONIAN an
    individual, THOMAS A. PEDREIRA an
21  individual, LAWRENCE E. WESTERLUND
    an individual, DENNIS HAGOBIAN an
22  individual, is or was President, Chief Executive
    Officer, Chief Financial Officer and Chief
23  Operating Officer of Yosemite Technologies,
    Inc., VICTORIA HAGOBIAN an individual,
24  THE DENNIS HAGOBIAN RESIDENCE
    TRUST a trust, THE VICTORIA HAGOBIAN
25  RESIDENCE TRUST a trust, DENNIS
    VARTAN an individual, SANDY L. VARTAN
26  an individual, THE DENNIS VARTAN
    FAMILY TRUST a trust, JUDITH
27  YERAMIAN an individual, THE LEE
    YERAMIAN EXEMPT QTIP TRUST a trust,
28  THE JUDITH MARY YERAMIAN FAMILY

                                   -1-
PDF created with pdfFactory trial version www.pdffactory.com

a trust, W.D. FARMING LLC a limited liability corporation, RUSSELL DAVIDSON an individual, WILLIAM DAVIDSON an individual, MICHAEL HEDBERG an individual, ROD CHRISTENSEN an individual, Co-Founder and Chief Technology Officer of Yosemite Technologies, Inc., YOSEMITE TECHNOLOGIES, INC. a corporation, and DOES 1 through 140, inclusive,

Defendants.

Defendants Dennis Hagobian, Victoria Hagobian, the Dennis Hagobian Residential Trust, the Victoria Hagobian Residential Trust, Yosemite Technologies, Inc. and Rod Christensen, along with Defendants Sandy Vartan, individually, Judith Yeramian, individually and as trustee of The Judith Mary Yeramian Family Trust and The Lee Yeramian Exempt QTIP Trust, Russell Davidson, and W.D. Farming, LLC, by and through their respective undersigned counsel, join with Joe Flores and Connie Flores, Plaintiffs in pro se, to stipulate as follows:

1. WHEREAS on or about March 13, 2006, Plaintiffs filed their First Amended Complaint; and

2. WHEREAS on or about April 13, 2007, the Court issued its Order Re Status Of Stay Of Action.  Pursuant to that Order, all defendants who had not yet appeared were given through May 5, 2007 (a Saturday) to respond to the First Amended Complaint; and

3. WHEREAS on May 4, 2007, Dennis Hagobian, Victoria Hagobian, the Dennis Hagobian Residential Trust, the Victoria Hagobian Residential Trust, Yosemite Technologies, Inc. and Rod Christensen (collectively, the "Hagobian Defendants") filed their Notice of Motion and Motion to Dismiss for Failure to State a Cause of Action, along with accompanying documents; and

4. WHEREAS on May 7, 2007 (the next court day after the due date), Russell Davidson and W.D. Farming, LLC joined in the Hagobian Defendants' Motion to Dismiss; and

5. WHEREAS on May 7, 2007 (the next court day after the due date) Sandy Vartan, individually, and Judith Yeramian, individually and as trustee of The Judith Mary Yeramian Family Trust and The Lee Yeramian Exempt QTIP Trust (collectively, the "Yeramian Defendants") filed their Motion to Dismiss Pursuant to Fed.R.Civ.Proc. 12(b); and

WPALA\28F420.1
PDF created with pdfFactory trial version www.pdffactory.com

1    6.      WHEREAS the hearing on the Defendants' motions was scheduled for June 4, 2007;

2  and

3    7.      WHEREAS the Plaintiffs and the Defendants agreed to a continuance of the hearing

4  date; and

5    8.      WHEREAS, no previous extension of time has been requested with regard to the

6  Motions to Dismiss referenced herein; and

7    9.      WHEREAS the requested extension will not affect any court-ordered deadlines;

8

9

10      IT IS PROPOSED AND STIPULATED THAT:

11    1.      The hearing on the Hagobian Defendants' Motion to Dismiss, joined by Russell

12  Davidson and W.D. Farming, LLC, shall be continued to June 18, 2007 at 10:00 a.m.; and

13    2.      The hearing on the Yeramian Defendants' Motion to Dismiss shall be continued to

14  June 18, 2007 at 10:00 a.m.; and

15    3.      Plaintiffs shall respond to the Hagobian Defendants' Motion to Dismiss and the

16  Yeramian Defendants' Motion to Dismiss in accordance with the Eastern District of California Local

17  Rules based upon the June 18, 2007 hearing date.

18      IT IS SO STIPULATED.

19

20  DATED:   MAY 10, 2007                BERLINER COHEN

21

22                                      BY:   /s/ LAURA A. PALAZZOLO
                                              RALPH J. SWANSON
23                                            LAURA PALAZZOLO
                                              ATTORNEYS FOR DEFENDANTS DENNIS
                                              HAGOBIAN, VICTORIA HAGOBIAN, THE DENNIS
24                                            HAGOBIAN RESIDENTIAL TRUST, THE VICTORIA
                                              HAGOBIAN RESIDENTIAL TRUST, YOSEMITE
25                                            TECHNOLOGIES, INC.;  AND
                                              SPECIALLY APPEARING FOR ROD CHRISTENSEN
26  ///

27  ///

28

-3-

PDF created with pdfFactory trial version www.pdffactory.com

1    DATED:   MAY ___, 2007            CASWELL BELL & HILLISON LLP

2
                                        BY:   /S/ RUSSELL G. VANROZEBOOM
3                                             RUSSELL G. VANROZEBOOM

4                                             ATTORNEYS FOR DEFENDANTS SANDY VARTAN,
                                              INDIVIDUALLY, AND JUDITH YERAMIAN,
5                                             INDIVIDUALLY AND AS TRUSTEE OF THE JUDITH
                                              MARY YERAMIAN FAMILY TRUST AND THE LEE
6                                             YERAMIAN EXEMPT QTIP TRUST

7    DATED:   MAY ____, 2007           CRONE ROZYNKO

8

9                                       BY:   /S/ SEAN O'HALLORAN
                                              SEAN O'HALLORAN
10                                            ATTORNEYS FOR DEFENDANTS RUSSELL
                                              DAVIDSON AND W.D. FARMING LLC
11

12   DATED:   MAY 10, 2007

13

14                                      BY:   /S/ JOE FLORES
                                              JOE FLORES
15                                            IN PRO SE

16   DATED:   MAY 10, 2007

17

18                                      BY:   /S/ CONNIE FLORES
                                              CONNIE FLORES
19                                            IN PRO SE

20

21        IT IS SO ORDERED.

22

23   DATED:    MAY 11, 2007

24                                            /S/ OLIVER W. WANGER
                                              HON. OLIVER WANGER
25                                            DISTRICT COURT JUDGE

26

27

28

                                      -4-

PDF created with pdfFactory trial version www.pdffactory.com