**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE FLORES, an individual, and CONNIE FLORES, an individual,<br><br>       Plaintiffs,<br><br>  v.<br><br>EMERICH & FIKE, a Professional corporation, et al.,<br><br>       Defendants. | 1:05-cv-0291 OWW DLB<br><br>NEW CASE NUMBER:<br><br>1:04-cv-6405 AWI DLB<br><br>ORDER REASSIGNING CASE |

    It appears that this matter is sufficiently similar and related to case 1:06-cv-0388 AWI, *Joe Flores and Connie Flores v. DDJ, Inc.*, based on the prior jury trial held before Judge Ishii, that it is in the interests of the parties and judicial economy that the case be transferred to Judge Ishii.

    IT IS HEREBY ORDERED that this case be reassigned from the docket of Judge Oliver W. Wanger to the docket of Judge Anthony W. Ishii.  Magistrate Judge Dennis L. Beck will remain as the Magistrate Judge.

IT IS SO ORDERED.

**Dated:   June 1, 2007**                                    **/s/ Oliver W. Wanger**

1

UNITED STATES DISTRICT JUDGE