IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES, an individual, and<br>CONNIE FLORES, an individual,<br><br>                Plaintiffs,<br>    v.<br><br>EMERICH & FIKE, a professional<br> corporation, et al.,<br>                Defendants. | 1: 05 - CV - 0291 AWI DLB<br><br>**ORDER CONCERNING LETTER<br>DATED AUGUST 2, 2007** |

     The court has received letters dated August 2, 2007, written to the undersigned and signed by Plaintiff Joe Flores and Plaintiff Connie Flores.   The court cannot address litigants' concerns through letters.   Inquires concerning this case that parties believe should be addressed by the undersigned, must be brought by way of properly filed and served motion.   Accordingly, the court disregards the letters dated August 2, 2007.

IT IS SO ORDERED.

Dated:   August 10, 2007                     /s/ Anthony W. Ishii
                                                        UNITED STATES DISTRICT JUDGE