Joe Flores and Connie Flores
PO Box 3086
Visalia, California 93278
Telephone/Facsimile: (559) 732-4222
E-mail: cfa4farmers@sbcglobal.net

Plaintiffs in Pro Per

**FILED**
AUG 20 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**LODGED**
AUG 19 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY J. HELLINGS
     DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JOE FLORES, an individual; CONNIE FLORES, an individual,

　　　　Plaintiffs,

vs.

DENNIS HAGOBIAN, an individual, and DOES 1 through 100, inclusive,

　　　　Defendants.

Case No.: CIV-F-05-0291 AWI/DLB

STIPULATION TO CONTINUE THE HEARING DATE AND RELATED DATES OF DEFENDANTS MOTION TO DISMISS THE THIRD AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM

JURY TRIAL DEMANDED

IT IS HEREBY STIPULATED by and between Plaintiffs Joe Flores and Connie Flores (hereinafter "Floreses") appearing in propria persona, and Ralph Swanson, attorney of record for Defendants Dennis Hagobian, Victoria Hagobian, The Dennis Hagobian Residential Trust (improperly named as The Dennis Hagobian Residence Trust), The Victoria Hagobian Residential Trust (improperly named as The Victoria Hagobian Residence Trust), Yosemite Technologies, Inc. and, by special appearance, Rod Christiansen (hereinafter collectively, "Hagobian Defendants") that the Motion to Dismiss the Third Amended Complaint (hereinafter "TAC") for Failure to State A Claim

1 | filed by Hagobian Defendants currently scheduled for hearing on September 15, 2008, at
2 | 1:30 p.m., in Courtroom 2 before the honorable Anthony W. Ishii, shall be continued to
3 | October 6, 2008 at 1:30 p.m., in Courtroom 2.

   IT IS FURTHER STIPULATED that Floreses opposition and Hagobian Defendants reply to motion to dismiss as referenced herein, shall be filed in accordance to and as provided by statute in conjunction to the new calendar date of October 6, 2008.

   *Local Rule 78-230*

Dated: August 17, 2008        By _____
                              Connie Flores, Plaintiff in pro per

Dated: August 17, 2008        By _____
                              Joe Flores, Plaintiff in pro per

BERLINER COHEN

Dated: August 18, 2008        By _____
                              Ralph Swanson, Attorney for Defendants:
                              Dennis Hagobian, Victoria Hagobian, The
                              Dennis Hagobian Residential Trust, The
                              Victoria Hagobian Residential Trust,
                              Yosemite Technologies, Inc.
                              and, by special appearance, Rod Christiansen

STIPULATION TO CONTINUE HEARING DATE AND ORDER THEREON....
Page 2

DECLARATION OF JOE FLORES

1. I, Joe Flores declare as follows:

2. I am a resident of Tulare County, City of Visalia, State of California.

3. I do hereby make this declaration voluntarily of personal knowledge, and if asked to testify as to the contents of this declaration I can and will competently do so.

4. I am a plaintiff in pro per in the above referenced action.

5. I am personally involved in numerous cases in the United States District Court, Eastern District of California, as well as Superior Court of California in Fresno, Central Division.

6. I need additional time to prepare my opposition to Hagobian Defendants and for that reason have requested of Ralph Swanson, Counsel for Hagobian Defendants, additional time to prepare my Opposition to their motion to dismiss the TAC for Failure to State A Claim.

7. Floreses and Hagobian Defendants through their counsel Ralph Swanson have agreed that the hearing of Hagobian Defendants Motion to Dismiss be continued to October 6, 2008 at 1:30 p.m., in Courtroom 2, and Floreses opposition, as well as Hagobian Defendants' reply to Floreses opposition will be due for filing in accordance to statute and in conjunction with the new calendar date of October 6, 2008.

8. Declarant respectfully request that the Court approve the foregoing hearing date change, as well as the related date changes for filing and service of Floreses opposition to Defendants motion, and Defendants reply to Floreses opposition to their motion as set forth in the attached signed stipulation to continue the hearing date and related dates in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully Submitted By:

Dated: August 18, 2008

Joe Flores, Plaintiff in pro per

STIPULATION TO CONTINUE HEARING DATE AND ORDER THEREON . . . .
Page 3

# ORDER

Upon review of the foregoing Stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. that the existing hearing date of September 15, 2008 at 1:30 p.m., in Courtroom 2, is vacated and the hearing date of Hagobian Defendants Motion to Dismiss for Failure to State A Claim is rescheduled for October 6, 2008 at 1:30 p.m., in Courtroom 2.

2. Floreses Opposition and Hagobian Defendants Reply shall be filed and served per statute in conjunction with the new calendar date of October 6, 2008.

Dated: August 20, 2008

Judge Anthony W. Ishii

STIPULATION TO CONTINUE HEARING DATE AND ORDER THEREON ....
Page 4