# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES AND CONNIE FLORES, | 1:05cv0291 AWI DLB |
| Plaintiff, | ORDER TO PROCEED IN FORMA PAUPERIS ON APPEAL |
| vs. | (Document 407) |
| EMERICH & FIKE, et al., | |
| Defendants. | |

Plaintiffs Joe Flores and Connie Flores ("Plaintiffs"), proceeding pro se, filed a Notice of Appeal of the March 31, 2009, judgment on May 4, 2009. On May 13, 2009, Plaintiffs filed an application to proceed in forma pauperis on appeal. Plaintiffs' application makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis on appeal is GRANTED.

IT IS SO ORDERED.

Dated: **May 20, 2009**         /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1